UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW WIGGINS, | Case No. 3:16-cv-00642-HDM-WGC |
| Plaintiff, | **MINUTES OF PROCEEDINGS** |
| vs. | |
| | April 27, 2017 |
| ANDREW SEELEY, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   Katie Lynn Ogden    REPORTER:    FTR

COUNSEL FOR PLAINTIFF:   Stephanie Rice (Telephonically)

COUNSEL FOR DEFENDANTS:   Michael McLaughlin (Telephonically)

**MINUTES OF PROCEEDINGS: Case Management Conference**

1:30 p.m.  Court convenes.

The court is in receipt of the parties' joint case management report (ECF No. 21) and the stipulated discovery plan and scheduling order (ECF No. 22).

The court notes that the proposed date for the joint pretrial order is scheduled for Sunday, November 26 , 2017.  Counsel agree to modify the date to Monday, November 27, 2017.  The court will correct the deadline for the joint pretrial order and all other deadlines contained therein the stipulated discovery plan and scheduling order (ECF No. 22) are **APPROVED**.

The court refers this matter to recalled Magistrate Judge Robert A. McQuaid, Jr. to conduct a settlement conference.  The court and counsel agree on the following date to schedule the settlement conference: **Tuesday, July 11, 2017, at 9:00 a.m.**  The court will enter a separate order scheduling the settlement conference hereafter.

There being no additional matters to address at this time, court adjourns at 1:36 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By:            /s/
     Katie Lynn Ogden, Deputy Clerk

1